UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| TOMMY E. KRUEGER,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MIKE VICHICH,<br><br>　　　　　Defendant. | 4:23-CV-04079-KES<br><br><br>JUDGMENT |

Pursuant to the Order Granting Plaintiff's Motion for Leave to Proceed in Forma Pauperis and 1915 Screening for Dismissal, it is

ORDERED, ADJUDGED, AND DECREED that plaintiff's complaint (Docket 1) is dismissed without prejudice.

Dated July 12, 2023.

　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　/s/ *Karen E. Schreier*
　　　　　　　　　　　　KAREN E. SCHREIER
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE